IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RICK RETENTION GROUP, INC., Appellant, vs. ROBERT CHUR; STEVE FOGG; MARK GARBER; CAROL HARTER; ROBERT HURLBUT; BARBARA LUMPKIN; JEFF MARSHALL; ERIC STICKELS; UNI-TER UNDERWRITING MANAGEMENT CORP.; UNI-TER CLAIMS SERVICES CORP.; AND U.S. RE CORPORATION, Respondents. | No. 84253 |

FILED

MAY 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal challenging certain interlocutory orders denying a motion for leave to file a fourth amended complaint, granting a motion for judgment on the pleadings, entered prior to entry of the final judgment, and "all related orders and judgments." Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Because it appeared that a timely motion to alter or amend the judgment had been filed after the entry of the judgment on jury verdict, this court directed appellant to show cause why the appeal should not be dismissed as premature. See NRAP 4(a)(2). Appellant has responded and explains that the motion to alter or amend is directed at the judgment on the jury verdict, while the appeal is challenging the interlocutory order dismissing certain parties. However, the district court did not certify any such order as final pursuant to NRCP 54(b); accordingly, the interlocutory orders are not yet ripe for appeal, as the motion to alter or amend the

22-15280

judgment remains pending. This court lacks jurisdiction over a premature notice of appeal, NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), and therefore this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Nancy L. Allf, District Judge
Lansford W. Levitt, Settlement Judge
Hutchison & Steffen, LLC/Las Vegas
Lipson Neilson P.C.
Nelson Mullins/Miami
McDonald Carano LLP/Las Vegas
Eighth District Court Clerk